IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NORRIS B. HOWARD, SR.**                                                           **PLAINTIFF**
**ADC #083225**

V.                             NO. 4:24-cv-00529-JM

**LAFAYETTE WOODS, JR.,** *et al*.                                    **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Howard's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Although Mr, Howard contends that he has sent partial payment, no payment has been received. Mr. Howard's sixth motion for extension of time, docket #25 is denied.

Mr. Howard's complaint is DISMISSED, without prejudice, based on his failure to: (1) pay the statutory filing fee; and (2) prosecute this case.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 4th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE